**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
JOSEPH D. AFRAM,               )
                               )
          Plaintiff,           )
                               )
     v.                        )    Civil Action No. 12-1389 (RWR)
                               )
UNITED FOOD AND COMMERCIAL     )
WORKERS UNIONS AND             )
PARTICIPATING EMPLOYERS        )
HEALTH AND WELFARE FUND,       )
et al.,                        )
                               )
          Defendants.          )
_____)
```

### MEMORANDUM ORDER

The defendants have moved for an award of attorneys' fees and expenses following dismissal of plaintiff's complaint. Magistrate Judge Alan Kay issued a Report and Recommendation recommending that the defendants' motion be denied. The Report and Recommendation warned that failure to file objections to it within 10 days could waive the right to appeal any order of the District Court adopting the recommendations. No objections to the Report and Recommendation have been received, and all objections are deemed waived. See Thomas v. Arn, 474 U.S. 140, 150 (1985); Anyanwutaku v. Wilson, Civil Action No. 00-2296 (CKK), 2005 WL 774854, at *1 (D.D.C. Apr. 5, 2005). Furthermore, Magistrate Judge Kay's Report and Recommendation [32] is adopted in full. Accordingly, it is hereby

ORDERED that the defendants' motion [22] for attorneys' fees be, and hereby is, DENIED.

SIGNED this 18th day of February, 2014.


_____/s/_____
RICHARD W. ROBERTS
Chief Judge